**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IRENE HIONIDIS,                    )

        Plaintiff,                )

vs.                                )

VAN RU CREDIT CORPORATION,         )

        Defendant.                )

```
FILED: JULY 15, 2008         LI
08CV3991
JUDGE   LEFKOW
MAGISTRATE   JUDGE DENLOW
```
Civil Action No.

## COMPLAINT

NOW COMES the Plaintiff, IRENE HIONIDIS, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, VAN RUE CREDIT CORPORATION, and alleging as follows:

### PRELIMINARY STATEMENT

1.    This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

2.    Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

### PARTIES

3.    Plaintiff, Irene Hionidis, ("Plaintiff"), is an individual who was at all relevant times residing in the City of Boston, State of Massachusetts.

4.    At all relevant times herein, Defendant, Van Rue Credit Corporation, ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed from Plaintiff.

5.     Defendant is a corporation that has its principal place of business and its offices located in the State of Illinois.

**ALLEGATIONS**
**COUNT I**
**VIOLATIONS OF THE FDCPA v. VAN RUE CREDIT CORPORATION**

6.     In December of 2007, Plaintiff began receiving telephone calls from a representative of Defendant attempting to collect a debt allegedly owed from Plaintiff.  Some of Defendant's calls were made to Plaintiff at her place of employment.

7.     Plaintiff advised Defendant at that time that she could not take calls of this nature at her place of employment.

8.     Despite being told by Plaintiff that she is not permitted to receive these telephone calls at work, Defendant has continued to contact her in an effort to collect the debt.

9.     Plaintiff advised Defendant again in January of 2008 and February 2008 during calls from Defendant to Plaintiff at her place of employment to discontinue calls to her workplace as it was not a convenient time or place for those calls.  Nonetheless, Defendant continued to call Plaintiff at her place of employment.

10.     In addition, throughout its attempts to collect this debt from Plaintiff, Defendant made calls to Plaintiff later than 9:00 p.m.

11.     In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

      a.     Called the consumer at a time and place known to be inconvenient including calling after the hour of 9:00 p.m. in violation of 15 U.S.C. § 1692c(a)(1);

b.      Called the consumer at a time and place known to be inconvenient including calling her at her place of employment despite being given notice that she could not take calls of this nature at her workplace in violation of 15 U.S.C. § 1692c(a)(3).

11.      As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, IRENE HIONIDIS, by and through her attorneys, respectfully prays for judgment as follows:

a.      All actual compensatory damages suffered;

b.      Statutory damages of $1,000.00 for Plaintiff;

c.      Plaintiff's attorneys' fees and costs;

d.      Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY ***

Respectfully Submitted,
**IRENE HIONIDIS**


By:  ___s/Larry P. Smith_____
     **Attorney for Plaintiff**


Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.      (312) 222-9028
Fax      (312) 602-3911
e-mail  lsmith@lpsmithlaw.com